IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: SEIZURE OF $3,834.00 IN U.S. CURRENCY. | Misc. Case No. 3:17 MC 00037 <br><br> JUDGE <br><br> JUDGE ZOUHARY <br><br> STIPULATION TO EXTEND TIME FOR THE UNITED STATES TO FILE A JUDICIAL COMPLAINT IN FORFEITURE |

The parties to the above-referenced matter, the United States of America and Claimant Timothy L. Carpenter, Sr. (hereinafter collectively referred to as the "Parties"), each by undersigned counsel, or by authorized representative, agree as follows:

1. The above-captioned asset, (hereinafter referred to as "the Seized Currency"), was seized by the Drug Enforcement Administration ("DEA") on February 7, 2017, during the execution of a search warrant.

2. The DEA initiated administrative forfeiture proceedings against the Seized Currency. Claimant Timothy L. Carpenter, Sr. filed a claim for the Seized Currency on March 10, 2017. The DEA did not receive any further claims contesting the administrative forfeiture of the Seized Currency.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States must file a judicial complaint in forfeiture against a seized asset not later than 90 days after a valid administrative claim for the seized asset is filed. However, 18 U.S.C. § 983(a)(3)(A) also provides that a court may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

4. Pursuant to 18 U.S.C. § 983(a)(3)(A), and absent an extension of time, the deadline for the United States to file a judicial complaint in forfeiture with respect to the Seized Currency is June 8, 2017.

5. Timothy L. Carpenter, Sr. is represented by John F. Potts, Esq., PNC Bank Building, 405 Madison Avenue, Suite 1460, Toledo, Ohio 43604-1207. The Parties need additional time to discuss a possible resolution of the matter. Accordingly, the Parties wish to extend the time for the United States to file a judicial complaint in forfeiture against the Seized Currency by 90 days, from June 8, 2017, to September 6, 2017.

STIPULATION TO EXTEND TIME FOR THE UNITED STATES TO FILE A JUDICIAL COMPLAINT IN FORFEITURE (Cont.)

6.    The persons signing this Stipulation to Extend Time warrant and represent that they possess full authority to bind the persons or entities on whose behalf they are signing and that they are unaware of any other potential claimants to the seized accounts.

7.    With respect to the Seized Currency, the Parties agree to an extension of the period for filing a judicial complaint in forfeiture to **September 6, 2017.**

| | |
|---|---|
| ___/s/John F. Potts (by email consent)___<br>John F. Potts, Esq.<br>PNC Bank Building<br>405 Madison Avenue, Suite 1460<br>Toledo, Ohio 43604-1207 | Executed this 2nd day of June, 2017. |

Attorney for Claimant Timothy L. Carpenter, Sr.

| | |
|---|---|
| ___/s/Phillip J. Tripi___<br>Phillip J. Tripi<br>Reg. No. 0017767<br>United States Court House<br>801 West Superior Avenue, Suite 400<br>Cleveland, OH  44113<br>Phone:  (216) 622-3769<br>Fax:     (216)522-7499<br>Phillip.Tripi@usdoj.gov | Executed this 2nd day of June, 2017. |

Attorney for the United States

IT IS SO ORDERED:

_____          _____
United States District Court Judge                                    Date